**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | § | **Case No. 06-43133-705** |
| | § | |
| **JEFFREY DELUNAS and** | § | **Chapter 7** |
| **LAURIE SUE DELUNAS,** | § | |
| | § | **[Related to Docket #37]** |
| Debtors. | § | |

**ORDER STAYING ORDER GRANTING MOTION TO DISMISS**

On March 6, 2007, the Court entered an Order Granting the Motion to Dismiss (the

"Dismissal Order") [Docket #37] in the above-referenced bankruptcy case (the "Case").

The Court **ORDERS** that the Dismissal Order be stayed until March 21, 2007. If, as of such

date, the Debtors have not motioned to convert the Case to a case proceeding pursuant

to chapter 13 of title 11 of the United States Code, the Order shall become effective and

the Case shall be dismissed in accordance with the Order.

DATED this March 7, 2007

St. Louis, Missouri

Charles E. Rendlen, III
United States Bankruptcy Judge

Copies to:

Leonora S. Long
Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

E. Rebecca Case
Trustee
7733 Forsyth Blvd., Suite 500
Saint Louis, MO 63105

Jason Daniel Fauss
Attorney for Debtors
11965 St. Charles Rock Road, Suite 202
St. Louis, MO 63044

Gary D. Bollinger
Attorney for Debtors
Bankruptcy Center
3827 Gustine Ave.
Saint Louis, MO 63116